# Bwell Healthcare, Inc.

"Helping others to live in dignity"
270 Brock Bridge Road
Laurel, MD. 20724
www.bwellhealthcareinc.com

Tel. # (301) 710 – 5340

Fax (301) 358 – 2832

## INDEPENDENT CONTRACTOR AGREEMENT/

## PERSONAL CARE ATTENDANT

This agreement made this ___TWELFE___ day of ___NOVEMBER  2012___ between BWELL HEALTHCARE, INC., hereafter known as (**BHI**) and ___PAMELA  HOLDEN___ (CAREGIVER) hereafter known as the Independent Contractor.

Our agency places Independent Contractor as and when needed with a client/ facility who is in need of the Independent Contractor's services for a fee to be agreed upon prior to the Independent Contractor's commencement of services.

BHI will pay to the Independent Contractor the sum of ___17.00 $___ per visit/ hour (subject to change depending on where you work) for these services.  These **payments** will be made to **the** Independent Contractor, if **the** signed time **slip(s)** is (are) **received** by **BHI** by **the** end of business **day** on **the Tuesday** before **payday.**  All paychecks will be ready for pick-up every other Friday after 2pm.

Our office does not have the liability to pay and withhold Federal & State income taxes, social security and Medicare taxes with unemployment contributions on wages earned.

Under the term of the same arrangement, Bwell Healthcare, Inc. does not pay independent contractors overtime, holiday or sick pay.  We only pay A FLAT RATE FOR ALL JOBS PERFORMED BY INDEPENDENT CONTRACTORS.

THIS AGENCY IS NOT OBLIGATED TO ISSUE ANY EMPLOYMENT, TERMINATION OR ENDORSEMENT LETTERS OR ANYTHING THAT IS IN ANY WAY RELATED TO SUCH LETTERS.

With us, independent contractors control their hours of availability and if for any reason, they cannot execute on a case assigned to them, they are only required to notify the office four (4) hours before the assignment start time to allow the agency time to schedule a replacement.

If for any reason the Independent will not be able to carry out the assignment that he or she has already accepted, **BHI** must be informed four (4) hours ahead of time in order for BHI to be able to get a replacement for the assignment; if this is not done, **BHI** will deduct four (4) hrs from the Independent Contractor's pay.

The Independent Contractor is responsible for his or her own Liability Insurance and Worker's Compensation Insurance coverage.

EXHIBIT A

When an Independent Contractor discontinues working on any nursing assignment before the case is ended, he or she must turn the case over to **BHI** and shall not under any circumstances, turn the case over to another nurse, private individual or agency.

At no time before ninety (90) days after being sent to a facility or case by **BHI**, can an independent contractor accept a job placement from the same client/ facility or another direct competitor.

Doing so, will constitute a breach of contract, which will cost the said independent contractor, the sum of five thousand dollars ($5,000.00) payable directly to **BHI** as retribution for stealing.

Independent Contractors are not allowed to re-assign cases to family members or other care provider temporarily or permanently or to take another shift on any nursing case without notifying BHI.


## **BHI** REPRESENTATIVE

By my authority, I present the above declaration and testify by my signature that the above information and arrangement have been shared with the Independent Contractor.

Femmy A. Kuti
_____
Name

DIRECTOR OPERATIONS
_____
Title

_____
BHI Representative Signature

11 | 12 | 2012
_____
Date


## INDEPENDENT CONTRACTOR

I understand that my relationship with Bwell Healthcare, Inc. is as an Independent Contractor not as an employee and possesses no authority to bid, negotiate or contract for this agency.

By my signature, I hereby testify that the above information have been shared with me and enter into this contract with no reservation.

Pamela Holden
_____
Name

_____
Title

_____
Independent Contractor Signature

11 -12 - 2012
_____
Date


**\*This agreement will remain in force from the date of signing or until the independent contractor enters into another contract with BHI.**

# Bwell Healthcare, Inc.

"Helping others to live in dignity"
1314 Bedford Avenue, Ste 210
Pikesville, MD. 21208
www.bwellhealthcareinc.com

Tel. # (410) 701 – 7100                                    Fax (410) 701 – 8919

## INDEPENDENT CONTRACTOR AGREEMENT/

## PERSONAL CARE ATTENDANT

This agreement made this ___4TH___ day of __January 2016__ between BWELL HEALTHCARE, INC., hereafter known as (**BHI**) and __Cloral Wright_____ (CAREGIVER) hereafter known as the Independent Contractor.

Our agency places Independent Contractor as and when needed with a client/ facility who is in need of the Independent Contractor's services for a fee to be agreed upon prior to the Independent Contractor's commencement of services.

**BHI** will pay to the Independent Contractor the sum of __$ 11⁰⁰____ per visit/ hour (subject to change depending on where you work) for these services.  These **payments** will be made to the Independent Contractor, if the signed invoice for services provided is (are) **received** by **BHI** by the end of business day on the Tuesday before payday .  All paychecks will be ready for pick-up every other Friday after 2pm.

Our office does not have the liability to pay and withhold Federal & State income taxes, social security and Medicare taxes with unemployment contributions on wages earned.

Under the term of the same arrangement, Bwell Healthcare, Inc. does not pay independent contractors overtime, holiday or sick pay.  We only pay A FLAT RATE FOR ALL JOBS PERFORMED BY INDEPENDENT CONTRACTORS.

THIS AGENCY IS NOT OBLIGATED TO ISSUE ANY EMPLOYMENT, TERMINATION OR ENDORSEMENT LETTERS OR ANYTHING THAT IS IN ANY WAY RELATED TO SUCH LETTERS.

With us, independent contractors control their hours of availability and if for any reason, they cannot execute on a case assigned to them, they are only required to notify the office four (4) hours before the assignment start time to allow the agency time to schedule a replacement.

If for any reason the Independent will not be able to carry out the assignment that he or she has already accepted, **BHI** must be informed four (4) hours ahead of time in order for BHI to be able to get a replacement for the assignment; if this is not done, **BHI** will deduct four (4) hrs from the Independent Contractor's pay.

The Independent Contractor is responsible for his or her own Liability Insurance and Worker's Compensation Insurance coverage.

EXHIBIT. B

1

When an Independent Contractor discontinues working on any nursing assignment before the case is ended, he or she must turn the case over to **BHI** and shall not under any circumstances, turn the case over to another nurse, private individual or agency.

At no time before ninety (90) days after being sent to a facility or case by **BHI**, can an independent contractor accept a job placement from the same client/ facility or another direct competitor.

Doing so, will constitute a breach of contract, which will cost the said independent contractor, the sum of five thousand dollars ($5,000.00) payable directly to **BHI** as retribution for stealing.

Independent Contractors are not allowed to re-assign cases to family members or other care provider temporarily or permanently or to take another shift on any nursing case without notifying BHI.

## BHI REPRESENTATIVE

By my authority, I present the above declaration and testify by my signature that the above information and arrangement have been shared with the Independent Contractor.

BLAISE NZOUAKOU
Name

ADMINISTRATOR
Title

BHI Representative Signature

02|01|2016
Date

## INDEPENDENT CONTRACTOR

I understand that my relationship with Bwell Healthcare, Inc. is as an Independent Contractor not as an employee and posses no authority to bid, negotiate or contract for this agency.

By my signature, I hereby testify that the above information have been shared with me and enter into this contract with no reservation.

x April Wright
Name

x Healthcare Provider
Title

x April Wright
Independent Contractor Signature

X January 4, 2016
Date

**\*This agreement will remain in force from the date of signing or until the independent contractor enters into another contract with BHI.**